IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01809-BNB

DAVID JAMES VIRGIL,
    Applicant,

v.

JOE ORTIZ, Director, Colorado Department of Corrections,
SAMANTHA NOVOTNI, Director, Phoenix Center (Adams County Community
    Corrections), and
JOHN W. SUTHERS, Attorney General of the State of Colorado,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2007

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant David James Virgil initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In an order filed on August 28, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Virgil to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Virgil to file the application on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Virgil was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Virgil has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's August 28 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 9 day of Oct., 2007.

BY THE COURT:

/s/ Zita Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01809-BNB

David J. Virgil
Doc# 122403
Phoenix Center Comm. Corr.
8031 Hwy I-76
Henderson, CO 80640

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on 10/9/07

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk